UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SQUARE ENIX CO., LTD.,<br><br>                    Plaintiff,<br><br>        v.<br><br>HK TEN TREE LIMITED; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO.    2:25-cv-00456<br><br>**PLAINTIFF SQUARE ENIX CO., LTD.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule ("LCR") 7.1 of the Western District of Washington, Plaintiff Square Enix Co., Ltd. ("Plaintiff" or "SQEX"), by and through its undersigned counsel, hereby states that it is a wholly-owned subsidiary of Square Enix Holdings Co., Ltd., and that no publicly held corporation owns 10% or more of Square Enix Co., Ltd.'s stock.  There is no parent, shareholder, member, or partner to disclose as required by LCR 7.1(a).

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT- 1
Case No. 2:25-cv-00456

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

DATED: March 13, 2025.

**FENNEMORE CRAIG, P.C.**

By   *s/Michael E. Chait*
    Michael E. Chait, WSBA #48842
    1425 Fourth Avenue Suite 800
    Seattle, Washington 98101-2272
    Telephone: 206.749.0500
    Facsimile: 206.749.0600
    Email: mchait@fennemorelaw.com

*Attorneys for Plaintiff Square Enix Co., Ltd.*

**MITCHELL SILBERBERG & KNUPP LLP**

By  */s/ Marc E. Mayer*
    Marc E. Mayer (*pro hac vice forthcoming*)
    Mark Humphrey (*pro hac vice forthcoming*)
    2049 Century Park East, 18th Floor
    Los Angeles, CA 90067-3120
    Telephone: (310) 312-2000
    Facsimile: (310) 312-3100
    Email: mem@msk.com
    Email: mxh@msk.com

*Attorneys for Plaintiff Square Enix Co., Ltd.*

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT- 2
Case No. 2:25-cv-00456

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500